**Van−103** [Bk Notice & Order Modifying] (Rev. 01/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 11−41500−JJR13 |
| Lorra A. Thornton | **Chapter** 13 |
| **SSN:** xxx−xx−3940 | |

**Debtor(s)**

## NOTICE AND ORDER MODIFYING PAYMENTS

Notice is hereby given that on **06/14/2013** the Debtor filed a **Motion to Increase Payments.** The Debtor requests that the payments be modified as follows:

**TO INCREASE PLAN PAYMENTS TO $500.00 MONTHLY**

It appears to the Court that said Motion is due to be **GRANTED.**

Section 1329(b)(2) of the Bankruptcy Code [11 U.S.C. §1329(b)(2)] provides, "The plan as modified becomes the plan unless, after notice and a hearing, such modification is disapproved."

It is therefore **ORDERED, ADJUDGED and DECREED** that:

The **Motion to Increase Payments** shall be deemed **GRANTED** as of **07/09/2013** unless a written objection and request for a hearing are filed with the Clerk of the Court on or before **07/08/2013**. If an objection is filed, a hearing will be scheduled to consider both the motion and the objection and whether the modification should be disapproved.

If no objection is filed, the Debtor's payments are modified as follows:

**PLAN PAYMENTS ARE INCREASED TO $500.00 MONTHLY**

Dated: June 17, 2013

/s/ James J. Robinson
United States Bankruptcy Judge

bll